**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BONNIE B. FINKEL, as Chapter 7 Trustee of Avrio Genetics, LLC, Plaintiff/Appellee, | : | |
| v. | : | Civil No.: 2:25-cv-07149-JMG |
| WELLS FARGO BANK, N.A., et al., Defendants/Appellants. | : | |

**ORDER**

**AND NOW**, this 29th day of July, 2026, upon consideration of Defendant-Appellant Wells Fargo Bank, N.A.'s Brief (ECF No. 5), Plaintiff-Appellee Bonnie B. Finkel's Opposition Brief (ECF No. 6), Defendant-Appellant's Reply Brief (ECF No. 7), the record on appeal, and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The December 2, 2025, Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania (Bankr. ECF No. 74) is **AFFIRMED**;

2. Defendant-Appellant Wells Fargo Bank, N.A.'s appeal (ECF No. 5) is **DENIED**;

3. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge